Norman J. Roger, Esq. SBN 62554
Patricia M. Fama, Esq. SBN 138362
ROGER, SCOTT & HELMER LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063
Telephone: 650-365-7700
Facsimile: 650-365-0677

lmr/108796
Attorneys for Plaintiffs
CLARENDON AMERICA INSURANCE COMPANY and
INVESTORS UNDERWRITING MANAGERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENDON AMERICA INSURANCE COMPANY, a corporation, and INVESTORS UNDERWRITING MANAGERS, a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ROYAL SURPLUS LINES INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. C 06-04549 JL<br><br>[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES RELATING THERETO |

The Court having considered Plaintiff Clarendon America Insurance Company's Ex Parte Application to Continue Initial Case Management Conference and Deadlines Relating Thereto finds as follows:

1.  The Complaint for Declaratory Relief and Equitable Contribution and Equitable Indemnity was filed on July 26, 2006. The named defendant in this matter is Royal Surplus Lines Insurance Company.

2. On September 6, 2006 September 6, 2006, the Complaint and Summons along with other court issued documents were served on Corporation Service Company, Registered Agent for Service of Process for Royal Surplus Lines Insurance Company.

3. To date Royal Surplus Lines Insurance Company has not appeared in the action.

4. On July 26, 2006 this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines.

5. Because Royal Surplus Lines Insurance Company has not yet appeared, The Case Schedule – ADR Multi Option Program setting the Initial Case Management Conference for October 25, 2006 is VACATED.  The plaintiff believes a continuance of the Initial Case Management Conference to a date 90-120 days out should allow sufficient time for Royal Surplus Lines Insurance Company to appear in this action.

6. ~~A new Order Setting Initial Case Management Conference and ADR Deadlines will issue~~.  Case management conference continued to February 21, 2007 at 10:30 a.m.

IT IS SO ORDERED.

Dated: October __24__, 2006



IT IS SO ORDERED
Judge James Larson

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND DEADLINES RELATING THERETO
ACTION NO. C 06-04549 JL