| | |
|---|---|
| 1 | Robert M. Young, Jr., Esq. (SBN 063277) |
| | Email: robert.young@wilsonelser.com |
| 2 | Jennifer J. Moon, Esq. (SBN 186201) |
| | Email: jennifer.moon@wilsonelser.com |
| 3 | **WILSON, ELSER, MOSKOWITZ,** |
| | **EDELMAN & DICKER LLP** |
| 4 | 555 South Flower Street, 29th Floor |
| | Los Angeles, California 90071 |
| 5 | Telephone 213.443-5100; Facsimile 213.443-5101 |
| | Attorneys for Defendant |
| 6 | ROYAL SURPLUS LINES INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| CLARENDON AMERICA INSURANCE COMPANY, a corporation, and investors UNDERWRITING MANAGERS, a corporation<br><br>  Plaintiff,<br><br>vs.<br><br>ROYAL SURPLUS LINES INSURANCE COMPANY, a corporation<br><br>  Defendants. | Case No. C06 4549 JL<br><br>Action Filed: July 26, 2006<br>Magistrate Judge: James Larson<br>Courtroom: "F" (15th Floor)<br>Room F Secretary: (415) 522-2112<br>Room F Deputy: (415) 522-2046<br><br>**DEFENDANT'S REQUEST TO PARTICIPATE IN FEBRUARY 21, 2007 CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

Defendant ROYAL SURPLUS LINES INSURANCE COMPANY ("RSLIC") requests permission for its counsel, Jennifer J. Moon, to participate by telephone in the February 21, 2007 Case Management Conference that is scheduled for 10:30 a.m. This request is being made because counsel's office is located in Los Angeles, California and a telephonic appearance would allow RSLIC to save the monetary costs associated with a personal appearance.

Jennifer J. Moon can be reached at (213) 689-3165 x366.

1

REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE

518519.1

Respectfully submitted,

DATED: February 16, 2007    WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP

By _____
    Robert M. Young, Jr.
    Jennifer J. Moon
Attorneys for Defendant
ROYAL SURPLUS LINES INSURANCE COMPANY

IT IS SO ORDERED.

Dated: February 16, 2007

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge James Larson]*

2

REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE
518519.1