| | |
|---|---|
| 1 | Robert M. Young, Jr., Esq. (SBN 063277) |
| 2 | Email: robert.young@wilsonelser.com<br>Jennifer J. Moon, Esq. (SBN 186201) |
| 3 | Email: jennifer.moon@wilsonelser.com<br>**WILSON, ELSER, MOSKOWITZ,** |
| 4 | **EDELMAN & DICKER LLP**<br>555 South Flower Street, 29th Floor |
| 5 | Los Angeles, California 90071<br>Telephone 213.443-5100; Facsimile 213.443-5101 |
| 6 | Attorneys for Defendant<br>ROYAL SURPLUS LINES INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| CLARENDON AMERICA INSURANCE COMPANY, a corporation, and investors UNDERWRITING MANAGERS, a corporation<br><br>                          Plaintiff,<br>vs.<br><br>ROYAL SURPLUS LINES INSURANCE COMPANY, a corporation<br><br>                          Defendants. | Case No. C06 4549 JL<br><br>Action Filed:      July 26, 2006<br>Magistrate Judge:  James Larson<br>Courtroom:       "F" (15th Floor)<br>Room F Secretary: (415) 522-2112<br>Room F Deputy:   (415) 522-2046<br><br>**DEFENDANT'S REQUEST TO PARTICIPATE IN JUNE 6, 2007 CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

Defendant ROYAL SURPLUS LINES INSURANCE COMPANY ("RSLIC") requests permission for its counsel, Jennifer J. Moon, to participate by telephone in the June 6, 2007 Case Management Conference that is scheduled for 10:30 a.m. This request is being made because counsel's office is located in Los Angeles, California and a telephonic appearance would allow RSLIC to save the monetary costs associated with a personal appearance.

---

1

**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**

552186.1

1  Jennifer J. Moon can be reached at (213) 689-3165 x366.

Respectfully submitted,

DATED: May 23, 2007        WILSON, ELSER, MOSKOWITZ,
                           EDELMAN & DICKER LLP

                           By_____
                              Robert M. Young, Jr.
                              Jennifer J. Moon
                           Attorneys for Defendant
                           ROYAL SURPLUS LINES INSURANCE COMPANY

IT IS SO ORDERED.

Dated: May 25, 2007



IT IS SO ORDERED
Judge James Larson

---

2

**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**

552186.1