Norman J. Roger, Esq. SBN 62554
Patricia M. Fama, Esq. SBN 138362
ROGER, SCOTT & HELMER LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063
Telephone: 650-365-7700
Facsimile: 650-365-0677

lmr/117062
Attorneys for Plaintiffs
CLARENDON AMERICA INSURANCE COMPANY and
INVESTORS UNDERWRITING MANAGERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLARENDON AMERICA INSURANCE COMPANY, a corporation, and INVESTORS UNDERWRITING MANAGERS, a corporation,

    Plaintiffs,

vs.

ROYAL SURPLUS LINES INSURANCE COMPANY, a corporation,

    Defendant.

Case No. C 06-04549 JL

PLAINTIFF'S REQUEST TO PARTICIPATE IN JUNE 6, 2007 CASE MANAGEMENT CONFERENCE BY TELEPHONE

    Plaintiff CLARENDON AMERICA INSURANCE COMPANY ("CLARENDON") requests permission for its counsel, Patricia M. Fama, to participate by telephone in the June 6, 2007 Case Management Conference that is scheduled for 10:30 a.m. Patricia M. Fama can be reached at (650) 365-7700.

    The parties will submit an updated statement for the Court's review in advance of the hearing.

///

Counsel understands that counsel for Royal Surplus Lines Insurance Company weill also request a telephonic appearance for this conference.

Respectfully submitted:

DATED: May 24, 2007                    ROGER, SCOTT & HELMER

By: /s/ Patricia M. Fama
Norman J. Roger
Patricia M. Fama
Attorneys for Plaintiff
CLARENDON AMERICA
INSURANCE COMPANY

May 25, 2007



IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

PLAINTIFF'S REQUEST TO PARTICIPATE IN JUNE 6, 2007 CASE MANAGEMENT CONFERENCE BY TELEPHONE – ACTION NO. C 06-04549 JL