1  Robert M. Young, Jr., Esq. (SBN 063277)
   Jennifer J. Moon, Esq. (SBN 186201)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  555 South Flower Street, 29th Floor
   Los Angeles, California 90071
4  Telephone 213.443-5100; Facsimile 213.443-5101
   robert.young@wilsonelser.com
5  jennifer.moon@wilsonelser.com
   Attorneys for Defendant
6  ROYAL SURPLUS LINES INSURANCE COMPANY

7

8                  UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10

11 | CLARENDON AMERICA INSURANCE | Case No. C06 4549 JL |
   | COMPANY, a corporation, and INVESTORS |                        |
12 | UNDERWRITING MANAGERS, a        | Action Filed:    July 26, 2006 |
   | corporation                     | Magistrate Judge: James Larson |
13 |                      Plaintiff, | Courtroom:       "F" (15th Floor) |
14 | vs.                             | Room F Secretary: (415) 522-2112 |
   |                                 | Room F Deputy:    (415) 522-2046 |
15 | ROYAL SURPLUS LINES INSURANCE   |                        |
   | COMPANY, a corporation          | **STIPULATION TO DISMISS CASE WITH** |
16 |                                 | **PREJUDICE AND [PROPOSED] ORDER**   |
   |                      Defendants.|                        |
17

18

19

20

21     IT IS HEREBY STIPULATED by and between the parties in the above-
22 entitled case through their counsel of record that this matter is dismissed with
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

                                      1
WEMED No. 07506.    STIPULATION TO DISMISS CASE WITH PREJUDICE AND [PROPOSED] ORDER
593147.1

| | |
|---|---|
| 1 | prejudice pursuant to FRCP 41(a)(1), each party to bear its own costs and attorney |
| 2 | fees. |
| 3 | |
| 4 | DATED: October 5, 2007         ROGER, SCOTT & HELMER |

By _____/s/ Patricia M. Fama_____
    Norman J. Roger
    Patricia M. Fama
Attorneys for Plaintiffs
CLARENDON AMERICA INSURANCE
COMPANY and INVESTORS UNDERWRITING
MANAGERS

DATED: October 5, 2007         WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP

By _____/s/_____
    Robert M. Young, Jr.
    Jennifer J. Moon
Attorneys for Defendant
ROYAL SURPLUS LINES INSURANCE
COMPANY

### [PROPOSED] ORDER

This case is dismissed with prejudice. It is so ordered.

DATED: October 10, 2007         _____/s/ James Larson_____
                                HON. JAMES LARSON

2

WEMED No. 07506.        STIPULATION TO DISMISS CASE WITH PREJUDICE AND [PROPOSED] ORDER
593147.1